IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DONALD JORDAN
and DIANE JORDAN,

    Plaintiffs,

v.                                                                                   No. 14-cv-0974 SMV/LAM

HAMPTON INNS FRANCHISE, LLC;
HILTON WORLDWIDE, INC.;
HAMPTON INN AND SUITES HOBBS;
LISA LEWIS; BREE RICE;
and DOES 1–20;

    Defendants.

## ORDER TO SHOW CAUSE

    THIS MATTER is before the Court sua sponte.  Plaintiffs filed their Complaint against Defendants on October 29, 2014.  [Doc. 1] at 1.  Pursuant to Fed. R. Civ. P. 4(m), Plaintiffs had 120 days from filing the Complaint—or until February 26, 2015—within which to effect service of process.  There is no indication on the record that service of process has been effected with respect to the Defendants.

    **IT IS THEREFORE ORDERED** that Plaintiffs show good cause why their claims against Defendants should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m).  Plaintiffs shall file their response within **21 days** of entry of this Order.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**